IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ISMAEL FALU | : | CIVIL ACTION |
|---|---|---|
| v. | : | No. 11-2310 |
| MICHAEL J. ASTRUE | : | |

## **ORDER**

AND NOW, this 13th day of November, 2012, upon consideration of Plaintiff's Request for Review, Defendant's Response thereto, and Plaintiff's Reply, and after careful review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa, and noting no objections to the Report and Recommendation have been filed, it is ORDERED:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. Plaintiff's Request for Review is DENIED.

BY THE COURT:

　/s/ Juan R. Sánchez　
Juan R. Sánchez, J.